# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

**NO:** 1:02cr10026-01

**USA v.** Jackie L. Elliott

**AD** Prosequendum

**FOR:** Re-Sentencing

**TO:** USM, Western District of TN
Warden, Terre Haute USP

YOU ARE HEREBY COMMANDED to have the person of **Jackie Elliott, Inmate #18243-076,** by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:45 a.m. on the 16th day of June, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 24th DAY OF May, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5/31/2005

118

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 1:02-CR-10026 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT