Case 1:02-cr-10026-JDT   Document 120   Filed 06/06/05   Page 1 of 2   PageID 95

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE
### ORDER OF PRODUCTION

FILED BY_____D.C.

05 JUN -6 AM 9: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | |
|---|---|
| NO: | 1:02cr10026-01-T |
| USA v. | Jackie L. Elliott |
| AD | Prosequendum |
| FOR: | Re-Sentencing |

TO: USM, Western District of TN
Warden, Terre Haute USP

YOU ARE HEREBY COMMANDED to have the person of **Jackie Elliott, Inmate, # 18243-076**, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:30 a.m. on the day of 3rd day of August, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 6th DAY OF June, 2005.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 06-06-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 1:02-CR-10026 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT