*Clerk's Copy*

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE  6th Cir/TNWD | 2. PERSON REPRESENTED  Jackie L. Elliot | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  1:02-010026-001 | 5. APPEALS DKT./DEF. NUMBER  05-6232 | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name)  U.S. v. Elliot | 8. PAYMENT CATEGORY  ☐ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☒ Appeal | 9. TYPE PERSON REPRESENTED  ☒ Adult Defendant  ☐ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other | 10. REPRESENTATION TYPE  (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

1) 18 U.S.C. 922(g) Unlawful Transportation/Possess/Receive Firearms Through Interstate Commerce

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

August 3, 2005 Re-Sentencing Hearing

14. SPECIAL AUTHORIZATIONS                                                                    JUDGE'S INITIALS

| A. Apportioned | | % of transcript with (Give case name and defendant) | |
|---|---|---|---|

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.  Signature of Attorney    8-17-05  Jon York  Printed Name  Telephone  ☒ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.  James D. Todd  Signature of Presiding Judicial Officer or By Order of the Court  30 Aug 2005  Date of Order          Nunc Pro Tunc Date |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS  ☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND  MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of                                                                    Date

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk                           Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court          Date | |

*Clerk's Copy*

130

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 130 in case 1:02-CR-10026 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT